| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA )
)
v. ) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
BOBBY SAUNDERS, ET AL., ) **07 Cr. 3 (BSJ)**
)
      Defendant. )

TO: Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to AUSA Michael Q. English, who is already on the case, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney for the
        Southern District of New York

      By:   /s/
      Elizabeth F. Maringer
      Assistant United States Attorney
      (212) 637- 2402

TO: All counsel of record