

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2007

**BY HAND**
Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/24/07 dc
```

        Re:   **United States v. Bobby Saunders, et al.**
              **S3 07 Cr. 3 (BSJ)**

Dear Judge Jones:

        The Government respectfully submits this letter to
request an adjournment of the pre-trial conference currently
scheduled for December 18, 2007, at 2:30 p.m. in the above-
captioned case.  The Government is still in the process of
seeking approval for additional charges, including charges
involving racketeering and multiple homicides, in this twenty-two
defendant case.  We expect to have the requisite approvals from
the responsible unit within the Department of Justice by the end
of January, at which time we expect that there will be another
superseding indictment in this case.  Additionally, the
Government is also engaged in plea negotiations with at least
nine defendants at this time.  Accordingly, the Government has
spoken with Your Honor's courtroom deputy and she has suggested a
new date of February 21, 2008, at 3:00 p.m.

        The Government also respectfully requests that the
Court exclude time from December 18th until the date of the next
pre-trial conference to enable plea discussions to continue with
the defendants.  Either AUSA Elizabeth Maringer or I have spoken
with counsel for all defendants.  All have consented to this
request for the exclusion of time except for Annemarie Hassett,
Esq., counsel for Tyrone Moore, Glenn Garber, Esq.,

Honorable Barbara S. Jones
December 14, 2007
Page 2

counsel for Hibah Lee, Toni Messina, Esq., counsel for Andre
Davidson, and Mitchell Dinnerstein, Esq., counsel for Demetri
Young.  Thank you for your consideration of this matter.

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

              By: _____
                    Elizabeth F. Maringer
                    Michael Q. English
                    Assistant United States Attorneys
                    (212) 637-2402/2594


cc:   All counsel (by fax)

*Applications granted the pretrial Conference is adjourned to February 21, 2008 at 3PM. In the interest of justice for the reasons stated above, the period of time from December 18, 2007 to February 21, 2008 is excluded pursuant to 18 U.S.C. §3161(h)(8)(A).*

SO ORDERED
Dated:
                    BARBARA S. JONES
                    U.S.D.J.

12/17/07