# FRANKEL RUDDER & LOWERY, LLP

A t t o r n e y s  at L a w

Steven K. Frankel
Paul Eric Rudder
Juliette S. Lowery

319 Broadway, Fourth Floor, New York, New York 10007-1187
Telephone 212 732 0001    Facsimile 212 732 8460

August 21, 2008

*Via ECF Filing*

Honorable Barbara S. Jones
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Robert Morrison
       Docket No. S4 07 Cr. 3 (BSJ)

Dear Judge Jones:

   I am writing to request additional time to file our severance/speedy trial motion on behalf of Robert Morrison.

   After the Court received a letter from Mr. Morrison, Your Honor held a conference several weeks ago at which time the Court, without opposition from the government, permitted us to file our motion by August 22, 2008.

   Earlier this week I spoke with Assistant United States Attorney Michael English to discuss the motion and the possibility of pursuing plea negotiations. According to the government, based upon very recent events in their ongoing investigation, they determined that they are intending to again supersede the indictment to add additional charges against Mr. Morrison.

   From the information provided to us, should the superseder be filed, as expected, certain of what we believe are compelling contentions we have included in the draft of the motion and relevant facts which we will be asking the Court to consider will necessarily require a substantive revision.

   With the new allegations I promptly visited with Mr. Morrison at MDC and after discussing the motion and its contents he agreed that it makes good sense to request additional time before filing to enable he and I to fully review the new allegations and the way in which our motion should address those issues.
Honorable Barbara S. Jones

August 21, 2008
Page Two (2)


      We respectfully request that the time by which we must file our motion be extended to September 26, 2008, or for a date convenient for the Court. Consistent with the current schedule, the government's response would be due by October 17, 2008.

      Assistant United States Attorney Michael English advises that, subject to the Court's approval, the government has no objection to this application.

                Respectfully submitted,


                Steven K. Frankel

SKF/ma

cc:    Michael English, Esq.
        Assistant United States Attorney