**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2019

By ECF

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/19
```

Re:   United States v. Robert Morrison, 07 Cr. 3 (LAP)

Dear Judge Preska:

On July 22, 2019, the defendant moved for a sentence reduction pursuant to Section 404 of the First Step Act of 2018. Doc. No. 808. The Government respectfully requests a deadline of August 21, 2019, representing 30 days from the date of the defendant's motion, to respond.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ Alexander Li
Alexander Li
Assistant United States Attorney
(212) 637-2265

SO ORDERED
[signature]
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

7/24/19

cc: Jennifer L. Brown, Esq. (*by ECF*)